# United States District Court
# Central District of California

| | |
|---|---|
| Oliver Naimi, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>Starbucks Corp. et al.,<br><br>                Defendants. | LACV 17-6484-VAP (GJSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order Dismissing the Second Amended Complaint filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   6/29/18

                                        Virginia A. Phillips
                               Chief United States District Judge