Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorneys for Plaintiff Oliver Naimi and Thomas Wessel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER NAIMI and THOMAS WESSEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION, STARBUCKS NEW VENTURE COMPANY, PEPSICO, INC., and NORTH AMERICAN COFFEE PARTNERSHIP,<br><br>Defendants. | Case No.: 2:17-cv-06484-VAP (GJSx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiffs Oliver Naimi and Thomas Wessel ("Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's June 27, 2018 Order Granting Defendants' Motion to Dismiss Second Amended Complaint (Dkt. No. 39) and the June 29, 2018 Judgement (Dkt. No. 40), which dismissed all of Plaintiffs' claims, with prejudice, against all the Defendants: Starbucks Corporation, Starbucks New Venture Company, PepsiCo, Inc., and North American Coffee Partnership.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Cir. R. 3-2(b) and F.R.A.P. 12(b).

Dated: July 17, 2018

**FARUQI & FARUQI, LLP**

By: _____
Benjamin Heikali, (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: 424.256.2884
Fax: 424.256.2885
E-mail: bheikali@faruqilaw.com
       jnassir@faruqilaw.com

## REPRESENTATION STATEMENT

The undersigned represent Plaintiffs Oliver Naimi and Thomas Wessel ("Plaintiffs"). Attached is a service list that shows all parties to the action and identifies their counsel by name, firm, address, email, and telephone numbers. *See* Ninth Cir. R. 12-2; Ninth Cir. R. 3-2(b); F.R.A.P 12(b).

Dated: July 17, 2018                    **FARUQI & FARUQI, LLP**

By: _____
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: 424.256.2884
Fax: 424.256.2885
E-mail: bheikali@faruqilaw.com
           jnassir@faruqilaw.com

**SERVICE LIST OF REPRESENTATION STATEMENT**

Plaintiffs and Appellants:
Oliver Naimi and Thomas Wessel

Counsel for Plaintiffs and Appellants:
Benjamin Heikali (SBN 307466)
bheikali@faruqilaw.com
Joshua Nassir (SBN 318344)
jnassir@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: 424.256.2884

Defendants and Appellees:
Starbucks Corporation, Starbucks New Venture Company, PepsiCo, Inc., and North American Coffee Partnership

Counsel for Defendants and Appellees:
Paul W. Sweeney Jr. (SBN 112511)
paul.sweeney@klgates.com
Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
Jimmy Ma (SBN 318775)
jimmy.ma@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, a copy of the foregoing Notice of Appeal and Representation Statement has been electronically filed via the Court's ECF system and by First Class U.S. Mail to the parties set forth above.

Dated: July 17, 2018

**FARUQI & FARUQI, LLP**

By: /s/ *Benjamin Heikali*
Benjamin Heikali (SBN 307466)
Joshua Nassir (SBN 318344)
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: 424.256.2884
Fax: 424.256.2885
E-mail: bheikali@faruqilaw.com
jnassir@faruqilaw.com

4
NOTICE OF APPEAL AND REPRESENTATION STATEMENT