Benjamin Heikali (SBN 307466)
Bheikali@faruqilaw.com
**FARUQI & FARUQI LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

*Attorney for Plaintiffs Oliver Naimi and Thomas Wessel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLIVER NAIMI, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STARBUCKS CORPORATION, et al., <br><br> Defendants. | Case No.: 2:17-CV-06484-VAP-GJS <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL (F.R.C.P. 41(a)(1)(A)(i))** <br><br> [Assigned to the Honorable Virginia A. Phillips] |

**NOTICE OF DISMISSAL**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Oliver Naimi and Thomas Wessel hereby dismiss this action, in its entirety. This dismissal is with prejudice as to Plaintiffs Oliver Naimi and Thomas Wessel, only, and without prejudice as to any and all other members of any putative (uncertified) classes alleged in this action. Each party shall bear its own fees and costs.

**FARUQI & FARUQI LLP**

Dated: April 6, 2020   By:   */s/ Benjamin Heikali*

Benjamin Heikali, Bar No. 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA  90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail: bheikali@faruqilaw.com

*Attorney for Plaintiffs Oliver Naimi and Thomas Wessel*